Elizabeth A. Falcone CA Bar No. 219084
elizabeth.falcone@ogletree.com
Amanda C. Van Wieren, *admitted pro hac vice*
amanda.vanwieren@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone: 503.552.2140
Facsimile: 503.224.4518

Attorneys for Defendant
TARGET CORPORATION

T. James Fisher, CA Bar No. 64079
fisherlawoffice@sbcglobal.net
1721 Court Street
Redding, CA 96001
Telephone: 530.244.0909
Facsimile: 530.244.0923

Attorney For Plaintiff
LORRI BEAVER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRI BEAVER,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, AND DOES 1 THROUGH 50,<br><br>    Defendants. | Case No. 2:17-cv-01254-MCE-CMK<br><br>**STIPULATION AND ORDER EXTENDING PRETRIAL DEADLINES**<br><br>Complaint Filed:  April 25, 2017<br>Trial Date:         Not Set<br>Judge:  Hon. Morrison C. England, Jr. |

Plaintiff Lorri Beaver ("Plaintiff") and Defendant Target Corporation ("Defendant"), by and through their undersigned counsel of record, hereby stipulate to extend the pretrial deadlines set forth in the October 2, 2017 Stipulation and Order Regarding Discovery Plan (Dkt. 8), as follows:

- Close of non-expert discovery: from June 15, 2018, to **August 3, 2018**;
- Expert disclosures due: from August 14, 2018, to **October 2, 2018**; and
- Rebuttal expert disclosures due: from September 13, 2018, to **November 1, 2018**.

Pursuant to Local Rule 144(b), the parties certify that this is the first extension of deadlines sought with regard to the above-referenced deadlines.

This extension is being sought due to the unavailability of the Plaintiff's counsel, who was in trial during the month of May in an unrelated matter and therefore unable to make himself available to confer on discovery disputes or attend depositions relevant to this case, and to allow Defendant's new counsel, Elizabeth A. Falcone and Amanda C. Van Wieren of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., whose substitution and appearance were approved by the Court on May 17, 2018, and May 23, 2018, respectively, sufficient time to familiarize themselves with the factual and procedural histories of these cases. *See* Dkt. Nos. 14 & 16. The extension requested herein will not prejudice any party or delay trial in this matter, as no extension of the dispositive motion deadline (now

set for **December 12, 2018**, *see* Dkt. 8), which deadline triggers the trial date in this matter (*see* Dkt. 3, at 5), is being sought. This request is made in good faith and not for the purpose of delay.

    IT IS SO STIPULATED.

    Respectfully submitted,

DATED: June 6, 2018    T. JAMES FISHER, ATTORNEY AT LAW


By: /s/ T. James Fisher (as authorized on 6/6/18)
    T. James Fisher

Attorney for Plaintiff
LORRI BEAVER


DATED: June 6, 2018    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: s/ Elizabeth A. Falcone
    Elizabeth A. Falcone
    Amanda C. Van Wieren

Attorneys for Defendant
TARGET CORPORATION

| | |
|---|---|
| 1 | ORDER |
| 2 | The Court, having reviewed the Stipulation of the Parties and finding good |
| 3 | cause, hereby ORDERS that the deadlines set forth in the October 2, 2017 |
| 4 | Stipulation and Order Regarding Discovery Plan (ECF No. 8) be extended as |
| 5 | follows: |
| 6 | • Close of non-expert discovery: from June 15, 2018, to **August 3,** |
| 7 | **2018**; |
| 8 | • Expert disclosures due: from August 14, 2018, to **October 2, 2018**; |
| 9 | and |
| 10 | • Rebuttal expert disclosures due: from September 13, 2018, to |
| 11 | **November 1, 2018**. |
| 12 | The Court further orders that, notwithstanding the above, the close of expert |
| 13 | discovery and the deadline for dispositive motions, **December 12, 2018**, shall |
| 14 | continue to be effective. Additionally, consistent with the Court's Initial Pretrial |
| 15 | Scheduling Order (ECF No. 3) and Stipulation and Order Regarding Discovery |
| 16 | Plan (ECF No. 8), the parties are ordered to file a Joint Notice of Trial Readiness |
| 17 | not later than thirty (30) days after receiving this Court's ruling(s) on the last filed |
| 18 | dispositive motion, or if no dispositive motion is filed, by **November 30, 2018**. |
| 19 | IT IS SO ORDERED. |
| 20 | Dated: June 13, 2018 |

*/s/ Morrison C. England, Jr.*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE