Elizabeth A. Falcone CA Bar No. 219084
elizabeth.falcone@ogletree.com
Amanda C. Van Wieren, admitted pro hac vice
amanda.vanwieren@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone: 503.552.2140
Facsimile: 503.224.4518
Attorneys for Defendant
TARGET CORPORATION

**T. JAMES FISHER, SBN 064079**
1721 Court Street
P.O. Box 990460
Redding, CA 96099-0460
Telephone No. 530/244-0909
Facsimile No. 530/244-0923
Email: fisherlawoffice@sbcglobal.net
Attorney for Plaintiff,
LORRI BEAVER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRI BEAVER, <br><br> Plaintiff, <br><br> vs. <br><br> TARGET CORPORATION, and DOES 1 through 50 <br><br> Defendants. | Case No.: 17-cv-01254-MCE-DMC <br><br> STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(A) AND ORDER |

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(A) AND ORDER
1.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff LORRI BEAVER and counsel for Defendant TARGET CORPORATION, that pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned action shall be and hereby is dismissed with prejudice in its entirety as to all claims and with respect to all parties, with each party to bear its or his own costs and attorneys' fees.

DATED: September 24, 2018    T. JAMES FISHER, ATTORNEY AT LAW

By: /s T. James Fisher[1]
T. James Fisher
Attorney for Plaintiff
LORRI BEAVER

DATED: September 24, 2018    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s Elizabeth A. Falcone
Elizabeth A. Falcone
Amanda C. Van Wieren
Attorneys for Defendant
TARGET CORPORATION

/ / /
/ / /
/ / /
/ / /

---

[1] Electronic signature authorized by email on September 6, 2018.

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(A) AND ORDER

2.

**ORDER**

In accordance with the foregoing stipulation and Fed. R. Civ. P. 41(a)(2), this action is hereby DISMISSED with prejudice. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: September 27, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE